IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| GENE E. REECE, | * | CIVIL ACTION |
| | * | FILE NO. CV204-098 |
| Plaintiff, | * | |
| vs. | * | |
| | * | |
| JO ANNE BARNHART, | * | |
| COMMISSIONER OF SOCIAL | * | |
| SECURITY, | * | |
| | * | |
| Defendant. | * | |

## ORDER

Plaintiff having moved this Court for an Order to enter judgment in his favor, and Plaintiff having filed a copy of a fully favorable decision entered by the Social Administration,

IT IS HEREBY ORDERED AND ADJUDGED that judgment be entered in favor of Plaintiff and that this case be dismissed.

So ordered this 2d day of Feb, 2007.

_____
JUDGE, UNITED STATES DISTRICT
COURT FOR THE SOUTHERN
DISTRICT OF GEORGIA