IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| GENE E. REECE, | ) | CIVIL ACTION FILE |
| | ) | |
| Plaintiff, | ) | NUMBER: CV204-098 |
| | ) | |
| vs. | ) | |
| | ) | |
| JO ANNE BARNHART, | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Plaintiff's Petition for Attorney Fees pursuant to The Equal Access to Justice Act, and arguments having been considered,

This Court finds that an Award of attorney fees in favor of Plaintiff is appropriate in this case.

ORDERED, ADJUDGED AND DECREED that an Award of attorney fees in favor of Plaintiff is hereby ordered. Defendant shall pay to Plaintiff's attorney, Edward E. Boshears, Post Office Box 1395, Brunswick, GA, 31521, the sum of $1,650.00,

This 2 day of Feb, 2007.

_____
JUDGE, U. S. DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA